UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CITY OF SANFORD, FLORIDA, a municipal
corporation, and STATE EX REL., CITY OF
SANFORD, FLORIDA, a municipal corporation,

    Plaintiff,

v.                                                          Case No. 6:24-cv-1983-PGB-DCI

GENERAL DYNAMICS CORPORATION,
a Delaware corporation; SIEMENS CORPORATION,
a Delaware corporation; and MONI HOLDINGS, LLC,
a Delaware limited liability
company,

    Defendant.
_____/

### NOTICE TO WITHDRAW MOTION FOR CLARIFICATION ON DEADLINE TO RESPOND TO COMPLAINT

Defendant General Dynamics Corporation ("GD"), through undersigned counsel, hereby notifies this Court that it withdraws its Motion for Clarification on the Deadline to Respond to the Complaint [Dkt. 13] and states as follows:

1. Since Plaintiff's counsel emailed GD's counsel on October 17, 2024 to informally request that GD waive service of process, the undersigned and Plaintiff's counsel had several written and telephonic communications where the undersigned

advised that it would accept service and Plaintiff's counsel agreed that the waiver would be forthcoming.

2. Because GD had not received the requested waiver close to two weeks after filing its Notice of Removal, on November 13, 2024, GD filed its Motion for Clarification on the Deadline to Respond to the Complaint (the "Motion") [Dkt. 13] to clarify that GD would be afforded sixty (60) days from receipt of Plaintiff's Rule 4(d) notification to respond to the Complaint.

3. On November 14, 2024, the undersigned received an email from Plaintiff's counsel advising that, in response to the Motion, he filed the proposed Summons with this Court, and that once the Summons is issued it will be included with the waiver pursuant to Rule 4. Plaintiff's counsel also confirmed that GD will be afforded sixty (60) days from receipt of the waiver to respond to the Complaint.

4. Consequently, GD notifies the Court that it withdraws the Motion as moot, and this Notice serves as a timely supplement to the Motion pursuant to Local Rule 3.01(g)(3).

Date: November 14, 2024 Respectfully submitted,

/s/ Gregory W. Kehoe
Gregory W. Kehoe
Florida Bar No. 0486140
kehoeg@gtlaw.com
Danielle S. Kemp
Florida Bar No. 0474355

2

kempd@gtlaw.com  
Jordan L. Behlman  
Florida Bar No. 111359  
Jordan.behlman@gtlaw.com  
**GREENBERG TRAURIG, P.A.**  
101 E. Kennedy Blvd., Ste. 1900  
Tampa, Florida 33602  
Telephone: (813) 318-5700  
Facsimile: (813) 318-5900  

*Counsel for General Dynamics Corporation*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 14th day of November 2024 I electronically filed the foregoing notice, through the Court's CM/ECF system, which will serve an electronic copy on the following:

David H. Simmons, Esquire  
Daniel J. O'Malley  
de Beaubien, Simmons, Knight, Mantzaris & Neal, LLP  
332 North Magnolia Avenue  
Orlando, FL 32801  
(407) 422-2454  
(407) 422-0970 Fax  
Email: dsimmons@dsklawgroup.com  
domalley@dsklawgroup.com  
*Counsel for Plaintiff*

/s/ Gregory W. Kehoe  
Attorney

3