**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CITY OF SANFORD, FLORIDA,**
**STATE EX REL., CITY OF SANFORD,**
**FLORIDA,**

        **Plaintiffs,**

v.                                  Case No: 6:24-cv-1983-Orl-WWB-DCI

**GENERAL DYNAMICS**
**CORPORATION, SIEMENS**
**CORPORATION, and MONI**
**HOLDINGS LLC,**

        **Defendants.**

## ORDER

The City of Sanford, Florida and State Ex Rel., City of Sanford, Florida (Plaintiffs) initiated this case against General Dynamics Corporation (General Dynamics), Siemens Corporation, and Moni Holdings LLC in state court based on allegations regarding contaminated groundwater. Doc. 1. On October 31, 2024, General Dynamics filed a Notice of Removal claiming the existence of diversity jurisdiction under 28 U.S.C. § 1332. Doc. 1 at 1 to 10. Plaintiffs have filed a motion to remand the case to state court due to alleged "procedural infirmities" in the Notice of Removal or, alternatively, request an extension of the deadline to move for remand. Doc. 35 (the Motion to Remand). The parties have also filed a Uniform Case Management Report (the Case Management Report) and a Joint Motion for Case Scheduling Conference and to Delay Entry of Case Management Order. Doc. 42 (the Joint Motion). Specifically, the parties present proposed deadlines in the Case Management Report but request a case management conference due to the

alleged complex nature of the case and ask that the Court delay entry of a scheduling order until the Court conducts the conference. Docs. 41, 42.

On February 11, 2025, the Court conducted the case management conference and addressed the proposed deadlines and amendments to the proposed deadlines. At the hearing, Plaintiffs' counsel also orally requested permission to withdraw the Motion to Remand.

For the reasons stated at the hearing, it is **ORDERED** that:

1. Plaintiffs' ore tenus motion to withdraw the Motion to Remand is **GRANTED;**

2. the Motion to Remand (Doc. 35) is **DENIED as moot**; and

3. the Joint Motion (Doc. 42) is **DENIED as moot**.

The Court will enter a separate case management scheduling order.

**ORDERED** in Orlando, Florida on February 11, 2025.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE