UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

CITY OF SANFORD, FLORIDA, a )
municipal corporation; et al., )
  )
    Plaintiffs, )   Case No.: 6:24-cv-01983-WWB-DCI
  )
v. )
  )
GENERAL DYNAMICS )
CORPORATION, a foreign corporation; )
et al., )
  )
    Defendants. )
  )

**PLAINTIFF'S NOTICE OF FILING SUPPLEMENTAL AUTHORITY**

Plaintiff, CITY OF SANFORD, FLORIDA, a Florida municipal corporation and STATE EX REL., CITY OF SANFORD, FLORIDA, pursuant to Local Rule 3.01(i), and the duty of candor to the Court, hereby gives notice of filing the following authority to supplement Plaintiff's Response in Opposition to Defendant, MONI HOLDINGS, LLC's Motion to Dismiss the Amended Complaint [Doc. #: 88], and supplements that Response as follows:

1. **Citation of Authority:**

   *Amended Notice of Voluntary Dismissal of Appeal Pursuant to Settlement*, Florida Fifth District Court of Appeal, Case No. 5D25-1796, L.T. Case No. 16-0330

2. **Identification of Argument(s) Supplemented:**

   a. Plaintiff's Response in Opposition to Defendant Moni Holding LLC's Motion to Dismiss [DOC 88]: Section IV; pp. 13 – 17

3.    **Authority Quotation:**

"…Appellant, CITY OF SANFORD, FLORIDA ("Appellant")…hereby voluntarily dismisses this appeal pursuant to the Mediated Settlement Agreement entered into by and between Appellant and State of Florida Department of Environmental Protection, on or about August 26, 2025."

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been electronically filed and served using the CM/ECF system on all counsel of record on September 2, 2025.

/s/ David H. Simmons
**DAVID H. SIMMONS**
Florida Bar Number: 240745
DSimmons@dsklawgroup.com
CBuffington@dsklawgroup.com
**DANIEL J. O'MALLEY**
Florida Bar Number: 0124450
DOmalley@dsklawgroup.com
CBuffington@dsklawgroup.com
**RYAN H. WISNESKI**
Florida Bar No.: 119634
RWisneski@dsklawgroup.com
de Beaubien, Simmons, Knight,
Mantzaris & Neal, LLP
332 North Magnolia Avenue
Orlando, FL 32801
Telephone: (407) 422-2454
Facsimile: (407) 422-0970
Attorneys for CITY OF SANFORD,
FLORIDA, and STATE EX REL.,
CITY OF SANFORD, FLORIDA

2