**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

**CITY OF SANFORD, FLORIDA and**
**STATE EX REL., CITY OF SANFORD,**
**FLORIDA,**

                    **Plaintiffs,**

**v.**                                                           **Case No: 6:24-cv-1983-AGM-DCI**

**GENERAL DYNAMICS**
**CORPORATION, MONI HOLDINGS,**
**LLC, SIEMENS CORPORATION,**

                    **Defendants.**
_____/

## ORDER

By order dated February 12, 2025, the Court entered the Case Management Scheduling Order (CMSO) and set the deadlines in this case. Doc. 65. On February 23, 2026, the Court granted the parties' Joint Motion to Extend CMSO deadlines by four months and amended certain deadlines. Doc. 108.

Pending before the Court is Defendants' Motion to Compel Plaintiff to provide documents and full responses to discovery requests and information required for expert witnesses. Doc. 133. Defendants also move for an extension of their expert deadlines. *Id*. Plaintiff has filed a Response to the Motion. Doc. 134. On June 4, 2026, the Court conducted a hearing on the Motion.

For the reasons stated at the hearing, it is **ORDERED** that:

1.  the Motion (Doc. 133) is **GRANTED in part** to the extent that:

    a.  **on or before July 6, 2026**, Plaintiff shall produce: (1) all non-privileged documents (including ESI) responsive to the outstanding discovery requests in the native format with metadata that is the subject of the Motion; (2) a complete

privilege log; and (3) amended document production to comply with Federal Rule of Civil Procedure 34(b)(2)(E); and

    b.  the deadlines for expert disclosure are amended as follows: (1) Defendants' expert reports—**September 18, 2026**; (2) Plaintiffs' rebuttal expert reports— **October 8, 2026**. The remainder of the CMSO remains in effect;[1] and

2.  the remainder of the Motion (Doc. 133) is **DENIED** as follows:

    a.  Defendants' request to overrule Plaintiffs' objections to discovery is **DENIED as moot**;

    b.  Defendants' request for fees incurred in bringing the Motion is **DENIED** as an award of fees is unnecessary. *See* Fed.R.Civ.P. 37(a)(5)(C);

    c.  Defendants' request to compel Plaintiffs to provide sufficient expert disclosures is **DENIED without prejudice**; and

3.  Plaintiffs' ore tenus motion for an extension of time to disclose experts is **DENIED without prejudice**.

**ORDERED** in Orlando, Florida on June 4, 2026.

DANIEL C. IRICK
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:

Counsel of Record
Unrepresented Parties

---

[1] The Court's February 23, 2026 order amending CMSO deadlines provides that the remainder of the CMSO remains in effect. Doc. 108 at 2.