**UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CITY OF SANFORD, FLORIDA, a Municipal corporation; and STATE EX REL., CITY OF SANFORD, FLORIDA, a municipal corporation,

Plaintiff,

v.

GENERAL DYNAMICS CORPORATION, *et al.*,

Defendants.

Case No.: 6:24-cv-01983-AGM-CAB

## JOINT STATUS REPORT

In accordance with the Court's Endorsed Order [Doc. No. 173], the parties state as follows:

1. On September 23, 2026, the Court entered its Order [Doc. 166] granting in part and denying in part Defendants' respective Motions to Dismiss ("Dismissal Order").

2. The Dismissal Order permitted Plaintiff, CITY OF SANFORD ("Sanford"), to file a Second Amended Complaint by October 9, 2026.

3. The Dismissal Order also directed the Clerk "to terminate any other pending motions and close the file, pending Sanford's filing of an amended complaint. If an amended complaint is timely filed, the Clerk is directed to reopen the case without the need for further Order…"

4. The Dismissal Order further stated that "if Sanford timely amends, the parties are directed to propose an amended case management order within 10 days of the date the amended complaint is filed."

5. After the Court directed the Clerk to immediately close the file, the parties conferred and agreed that the Dismissal Order eliminated all pending deadlines, including the October 6, 2026, deadline for Sanford to produce the subject electronically-stored information ("ESI"). In fact, that October 6, 2026, date fell before Sanford's deadline to file a Second Amended Complaint and while the case remained closed. The parties agreed that they would further confer about a new deadline for that production.

6. On October 9, 2026, Sanford filed its Second Amended Complaint.

7. The parties then timely submitted to the Court an amended case management plan. [Doc. 169]

8. The parties have conferred on the ESI production and agreed that, upon entry of an agreed protective order, which the parties have diligently worked on finalizing, Sanford will produce the ESI.

9. The parties have now agreed to such a protective order and will be submitting it to the Court for review and approval.

10. Sanford will produce the subject ESI within three (3) days of entry of the Protective Order.

**Certification Under Penalty of Perjury That Artificial Intelligence Was Not Used in the Preparation of This Filing**

I have reviewed the Standing Order Requiring Disclosure of the use of artificial intelligence. After diligent inquiry and under penalty of perjury, I certify that artificial intelligence was not utilized in the preparation of this filing in any way. I understand that, whether I represent myself or I am an attorney representing a client, I have an affirmative obligation to read each case cited in this filing. If I fail to do so and a case upon which I rely does not exist or does not reasonably stand for the cited proposition, I understand that the Court may treat this as a violation of Rule 11 of the Federal Rules of Civil Procedure. I have reviewed Rule 11 of the Federal Rules of Civil Procedure, and I understand that this rule applies equally to counsel and unrepresented parties, and I am familiar with the sanctions available for violations of Rule 11. If this certification is made by counsel, I further understand that citation to a case that either does not exist or does not reasonably stand for the cited proposition may be treated as a violation of my oath of candor toward the tribunal and a basis on which my admission to practice in the Middle District of Florida could be revoked or suspended. Further, whether I represent myself or I am an attorney representing a client, I understand that by making this certification under penalty of perjury I could be referred for criminal prosecution if the statements I make here are false.

*/s/ David H. Simmons*
Attorney

Date: November 12, 2026

Respectfully submitted,

*/s/ David H. Simmons*
David H. Simmons
Florida Bar No. 240745
DSimmons@dsklawgroup.com
CBuffington@dsklawgroup.com
Daniel J. O'Malley
Florida Bar No. 0124450
DOmalley@dsklawgroup.com
CBuffington@dsklawgroup.com
Ryan H. Wisneski
Florida Bar No. 119634
RWisneski@dsklawgroup.com
JBrowning@dsklawgroup.com

*/s/I. William Spivey, II*
I. William Spivey, II
Florida Bar No. 701076
spiveyw@gtlaw.com
**GREENBERG TRAURIG, P.A.**
405 S. Orange Ave., Suite 650
Orlando, FL 32801
Telephone: (407) 402-1000
Facsimile: (407) 420 -5909

Christopher Torres
Florida Bar 0716731
torresch@gtlaw.com

**DE BEAUBIEN, SIMMONS, KNIGHT, MANTZARIS & NEAL, LLP**
332 North Magnolia Avenue
Orlando, FL 32801
Telephone: (407) 422-2454
Facsimile: (407) 422-0970

*Attorneys for City of Sanford, Florida, and State ex rel., City of Sanford, Florida*

Danielle S. Kemp
Florida Bar No. 0474355
kempd@gtlaw.com
**GREENBERG TRAURIG, P.A.**
101 E. Kennedy Blvd., Ste. 1900
Tampa, FL 33602
Telephone: (813) 318-5700
Facsimile: (813) 318-5900

*Attorneys for General Dynamics Corporation and General Dynamics Land Systems, Inc.*

*/s/Diane W. Wilson*
Joseph A. Demaria, B.C.S.
Florida Bar No. 764711
JDeMaria@FoxRothschild.com
**FOX ROTHSCHILD LLP**
One Biscayne Tower, Suite 2750
2 South Biscayne Blvd.
Miami, FL 33131
Telephone: 305.442.6547

and

Diane Westwood Wilson
Specially Admitted
DWilson@FoxRothschild.com
**FOX ROTHSCHILD LLP**
101 Park Avenue, Suite 1700
New York, NY 10178
Telephone: 212.878.1431

*Attorneys for MONI Holdings LLC*

*/s/Dylan Sanders*
Dylan Sanders
Specially Admitted
**BEVERIDGE & DIAMOND, P.C.**
155 Federal Street, Suite 1600
Boston, MA 02110
(617) 419-2300 (t)
dsanders@bdlaw.com

and

Daniel C. Johnson
Florida Bar No. 522880
**CARLTON FIELDS, P.A.**
200 S. Orange Ave., Ste 1000
Orlando, FL 32801
(407) 849-0300
Djohnson@carltonfields.com

*Attorneys for Siemens Corporation*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on the 12th day of November 2026, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

/s/ *David H. Simmons*
Attorney