**IN THE UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**ORLANDO DIVISION**

CITY OF SANFORD,
FLORIDA, et al.,

Plaintiffs,

v. CASE NO.: 6:24-cv-01983-AGM-CAB

GENERAL DYNAMICS
CORPORATION, et al.,

Defendants.
_________________________________________/

**MEDIATION REPORT**

A mediation conference was held on November 16, 2026, and November 17, 2026, and the results of the conferences are indicated below:

(a) The following individuals, parties, corporate representatives, and/or claims professionals attended and participated in the mediation conference, and each possessed the requisite authority:

___X___ All individual parties and their respective counsel.

___X___ Designated corporate representatives.

________ Required claims professionals.

(b) The following individuals, parties, corporate representatives, and/or claims professionals failed to appear and/or participate as ordered:

_____________________________________________________________

(c) The outcome of the mediation conference was:

______ The case has been completely settled subject to formal settlement documentation. In accordance with Local Rule 9.06(b), lead counsel will promptly notify the Court of settlement in accordance with Local Rule 3.08 by the filing of a settlement agreement signed

by the parties and the mediator within ten (10) days of the mediation conference.

____ The parties mediated a full day and are continuing.

_____ The conference was continued with the consent of all parties and counsel. The mediation conference will be held on a date certain not later than ten (10) days prior to the scheduled trial date. Any continuance beyond that time must be approved by the presiding Judge. Mediation Reports will be filed after additional conferences are complete.

__X__ The parties have reached an impasse. The parties are invited to speak with the mediator when future settlement discussions might be productive.

**Done this** 17th day of November, in Tampa, Florida.

Bradford D. Kimbro, Mediator
100 North Tampa St., Suite 4100
Tampa, FL 33602
Telephone no: 813-227-6660
brad.kimbro@hklaw.com